**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DARRYL LEROY OAKS II,**

**Plaintiff,**

**v.** **CASE NO: 6:25-cv-01913-JA-RMN**

**AIKG, LLC**

**d/b/a Andretti Indoor Karting and Games,**

**Defendant.**
______________________________________________/

**PLAINTIFF'S NOTICE OF LEAD COUNSEL DESIGNATION**

Plaintiff, **DARRYL LEROY OAKS II**, by and through her undersigned counsel and pursuant to Local Rule 2.02(a), designates Jason Imler of Imler Law as her lead counsel.

Respectfully submitted,

*/s/ Jason W. Imler, Esq*

Jason W. Imler – LEAD COUNSEL
Florida Bar No. 1004422
Alberto "Tito" Gonzalez
Florida Bar No. 1037033
**Imler Law**
23110 State Road 54, Unit 407
Lutz, Florida 33549
(P): 813-553-7709
Jason@ImlerLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2025, I electronically filed the foregoing with the Clerk of court using CM/ECF system.

*/s/ Jason W. Imler, Esq*

Jason W. Imler – LEAD COUNSEL
Florida Bar No. 1004422
Alberto "Tito" Gonzalez
Florida Bar No. 1037033
**Imler Law**
23110 State Road 54, Unit 407
Lutz, Florida 33549
(P): 813-553-7709
Jason@ImlerLaw.com
Tito@ImlerLaw.com
Ashley@ImlerLaw.com
Tiffany@ImlerLaw.com